# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT & PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>TIMOTHY DUANE RIPLEY,<br><br>                Defendant. | **COURT MINUTES - CRIMINAL**<br><br>Case No:       25-CR-92(10) JWB/ECW<br>Date:          November 17, 2025<br>Court Reporter: Caitlin Nat<br>Courthouse:    St. Paul<br>Courtroom:     7A<br>Time Commenced: 2:13 p.m.<br>Time Concluded:   2:45 p.m.<br>Time in Court:    32 Minutes |

Before Jerry W. Blackwell, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

    For Plaintiff:    David P. Steinkamp, Assistant United States Attorney
    For Defendant:  Robert A. Lengeling, CJA

PROCEEDINGS:
- ☒ **Arraignment.**
  - ☒ Reading of Information Waived.

- ☒ **Change of Plea Hearing.**
- ☒ PLEA:
  - ☒ Guilty as to Count 1 of the Felony Information.
  - ☒ Waiver of Indictment.
- ☒ Presentence Investigation and Report requested.
- ☒ Defendant remanded to the custody of the U.S. Marshal.

s/ D. Dodd<br>Courtroom Deputy