# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>TIMOTHY DUANE RIPLEY, JR.,<br>TIMOTHY DUANE RIPLEY,<br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | **COURT MINUTES - CRIMINAL**<br><br>Case No:     25-CR-92(10) JWB/ECW<br>Date:     April 8, 2026<br>Court Reporter: Nancy Meyer<br>Courthouse:  St. Paul<br>Courtroom:  7A<br>Time Commenced: 10:10 AM<br>Time Concluded:  10:45 AM<br>Time in Court:  35 Minutes |

Before Judge Jerry W. Blackwell, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

    For Plaintiff:    Timothy Campbell Warner, Assistant United States Attorney
    For Defendant:    Robert A. Lengeling, CJA

**x Sentencing.**

IT IS ORDERED:    Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1s | X | | 18 months | | 18 months | | |

    x   Special conditions of :  **See J&C for special conditions**
        x   Defendant sentenced to pay:
            x Special assessment in the amount of $100.00.
    x   Plea and plea agreement accepted.
    x   On Motion of the Gov't., the indictment is dismissed as to this defendant only.
    x   Defendant remanded to the custody of the U.S. Marshal.
    x   Docket no.: 352 shall remain sealed until April 8, 2031.

                                                    s/D. Dodd
                                               Courtroom Deputy